IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
NOV -6 2017
Clerk, US District Court
District of Montana - Billings

| | |
|---|---|
| BRADLEY D. ROUTH,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, and John Does 1-5,<br><br>Defendants. | CV 17-42-BLG-SPW<br><br>ORDER DISMISSING WITH PREJUDICE |

Upon the Stipulation for Dismissal With Prejudice (Doc. 18), and for good cause shown,

IT IS HEREBY ORDERED that the above-entitled action is **DISMISSED WITH PREJUDICE**, each of the parties bearing their own attorneys' fees and costs.

DATED this 6th day of November, 2017.

SUSAN P. WATTERS
United States District Judge

1